

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-20-00160-CR

———————————————

DERRICK CAVITT, Appellant

V.

THE STATE OF TEXAS

On Appeal from the 396th District Court
Tarrant County, Texas
Trial Court No. 1194940D

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

After receiving Appellant Derrick Cavitt's pro se notice of appeal,[1] we sent a letter on December 1, 2020, stating our concern that we lacked jurisdiction over this appeal because the trial court has not entered any appealable orders. We gave the parties ten days from the date of our letter to file a response showing grounds for continuing the appeal. We stated that unless we received a response showing grounds for continuing the appeal, the appeal could be dismissed for want of jurisdiction. *See* Tex. R. App. P. 43.2(f), 44.3. We received a response, but it does not show grounds for continuing the appeal. We do not have jurisdiction to review a trial court's orders unless that jurisdiction has been expressly granted by law. *Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014). Because there is no appealable order, we dismiss the appeal for lack of jurisdiction. *See* Tex. R. App. P. 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: December 31, 2020

---

[1]The order that Cavitt attempts to appeal is the denial of his motion requesting to have his case "re-reviewed" by the trial court.